IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANDREAS OBOJES,

    Petitioner,

v.                     4:07cv423-WS

WALTER A. MCNEIL,

    Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

  Before the court is the magistrate judge's report and recommendation docketed August 21, 2008.  See Doc. 12.  The magistrate judge recommends that the respondent's motion to dismiss be granted and that the petitioner's petition for writ of habeas corpus be dismissed with prejudice.  The petitioner has filed no objections to the magistrate judge's report and recommendation.

  Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

  Accordingly, it is ORDERED:

  1.  The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

  2.  The respondent's motion to dismiss (doc. 11) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED WITH PREJUDICE.

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>  25th  </u> day of <u>    September    </u>, 2008.


<u>s/ William Stafford                               </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE